# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. No. 04-20460-Bre |
| vs. | ) |
| | ) |
| CHRISTOPHER M. WALDEN, | ) |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **Christopher M. Walden, No. 181628**, now being detained in the Shelby County Jail, appear before the **Honorable Diane K. Vescovo**, on **Wednesday, May 11, 2005**, at **2:00 p.m.**, for an **Initial Appearance** and for such other appearances as this Court may direct.

Respectfully submitted, this 5th day of May, 2005.

_____
TIMOTHY R. DiSCENZA
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, **David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Shelby County Jail.**

YOU ARE HEREBY COMMANDED to have **Christopher M. Walden, No. 181628**, appear before the **Honorable Diane K. Vescovo** at the date and time aforementioned.

ENTERED this 5th day of May, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-9-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CR-20460 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT