UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. 04-20460-Bre |
| vs. ) | |
| ) | |
| CHRISTOPHER M. WALDEN, ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **Christopher M. Walden, No. 181628**, now being detained in the Germantown Jail, appear before the **Honorable Tu M. Pham**, on **Wednesday, May 25, 2005**, at **9:30 a.m.**, for an **Arraignment** and for such other appearances as this Court may direct.

Respectfully submitted, this 23rd day of May, 2005.

_____
TIMOTHY R. DiSCENZA
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, **David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Germantown Jail.**

YOU ARE HEREBY COMMANDED to have **Christopher M. Walden, No. 181628**, appear before the **Honorable Tu M. Pham** at the date and time aforementioned.

ENTERED this 23rd day of May, 2005.

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on _____

_____
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CR-20460 was distributed by fax, mail, or direct printing on May 23, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT