IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _Cg_ D.C.

05 MAY 23 PM 12: 55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA

V.                                  Cr. No. 04-20460-B

CHRISTOPHER WALDEN

### ORDER SPECIFYING PERIOD OF
### DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

Counsel for the defendant has this day notified the Court that the defendant is being held on other charges and thus has been unable to be released on bond in the instant case. Pursuant to the Speedy Trial Act, as set out in 18 U.S.C. § 3161(h)(3)(A), a period of excludable delay may be granted due to the unavailability of the defendant.

IT IS THEREFORE ORDERED that the time period of 05/18/05 through 06/25/05 be excluded from the time limits imposed by the Speedy Trial Act for trial of this case, while the defendant is unavailable to appear for arraignment in this case.

**ARRAIGNMENT IS RESET TO WEDNESDAY, June 15, 2005 at 9:30 a.m. BEFORE MAGISTRATE JUDGE TU PHAM.**

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

DATE: May 20, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CR-20460 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT