UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CR. No. 04-20460-Bre |
| | ) |
| CHRISTOPHER M. WALDEN, | ) |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **Christopher M. Walden, No. 26-269, C2 5548**, now being detained in the Hinds County Penal Farm, 1450 County Farm Road, Raymond, Mississippi, appear before the **Honorable Judge J. Daniel Breen**, on **Wednesday, August 29, 2005, at 9:30 a.m.**, for a **Report Date** and for such other appearances as this Court may direct.

Respectfully submitted, this 19th day of August, 2005.

TIMOTHY R. DiSCENZA
Assistant U. S. Attorney

Upon consideration of the foregoing Application, **David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN, Sheriff/Warden, Hinds County Penal Farm, Raymond, Mississippi.**

YOU ARE HEREBY COMMANDED to have **Christopher M. Walden, No. 181628**, appear before the **Honorable Judge J. Daniel Breen** at the date and time aforementioned.

ENTERED this 19th day of August, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-23-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 23 in case 2:04-CR-20460 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT