IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT -3 PM 3: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                        CR. NO. 04-20460-B

CHRISTOPHER M. WALDEN,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND <u>SETTING</u>

---

This cause came on for a report date on September 26, 2005. At that time counsel for the defendant requested a continuance of the October 3, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to November 7, 2005 with a **report date of Monday, October 31, 2005, at 9:30 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from October 14, 2005 through November 18, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 3rd day of October, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-4-05

(30)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CR-20460 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT