IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -1 PM 4: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

CHRISTOPHER M. WALDEN,

      Defendant.

Cr. No. 04-20460-B

ORDER GRANTING MOTION
FOR DEFENDANT TO BE RETURNED
TO HINDS COUNTY, MISSISSIPPI

THIS CAUSE having come before this Court upon the petition of the defendant, CHRISTOPHER M. WALDEN, to be returned by the United States Marshal to Hinds County, Mississippi, in order to address his bond situation in a pending state matter; and the Court having found good cause therefore, GRANTS the motion.

The United States Marshal is ordered to return Mr. Walden to Hinds County, Mississippi, in order that his family can assist him to fulfill his bond requirements.

11/1/06
DATE

_____
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11-2-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CR-20460 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT