PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

FILED BY _____ D.C.

05 DEC -9 PM 1: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| United States of America | ) |
| --- | --- |
| vs | ) |
| Christopher Marshall Walden | ) |

Case No. 04-20460-01

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Christopher Marshall Walden, have discussed with Stephanie K. Denton, Pretrial Services Officer, modification of my release conditions as follows:

1) Maintain or actively seek employment
2) Travel restricted to the Western District of Tennessee and the Northern District of Mississippi without prior approval from Pretrial Services
3) Refrain from the unlawful use or possession of a narcotic drug or other controlled substances
4) Submit to substance abuse testing as directed by Pretrial Services
5) Participate in substance abuse treatment if deemed advisable by Pretrial Services
6) Maintain a stable and verifiable residence

I consent to this modification of my release conditions and agree to abide by this modification.

_Christopher Walden_    12-7-05    _Stephanie Denton_    12/6/05
Signature of Defendant    Date    Pretrial Services Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_    12-7-05
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on 12/9/05.

[ ] The above modification of conditions of release is not ordered.

_[signature]_    12/9/05
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-12-05

(39)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20460 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT